JONES, J

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

| PARTIES | ATTORNEYS | | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES | U. S. ATTORNEY  Williams | G. J. NO. | 904-72  B |
| VS. | 1. Kenneth Mundy (Retained)<br>1000 16th St., NW | EACH: ORIG. | |
| 1.) JOSEPH R. JACKSON  (48) | 1. John H. Treanor, Jr.<br>Presidential Bldg.<br>~~Hyattsville, Md.~~ | | CHARGE: |
| 2. WILLIAM L. DeLOACH, SR. (54) | 2. James Treanor | | 22 DCC 105a, 2401, 3204 |
| | 1225 Conn. Ave., N.W. | | (Conspiracy; First Degree |
| 3. HARRY A. JACKSON  (31) | 3. ~~John J. Dwyer~~ | | Murder; Carrying a Dang. |
| | 1200 18th St., N.W. | | Weapon) |
| 4. STEPHEN DAVIS  (22) | 4. William Kramer a/c   1. | DATE FILED | BOND: |
| | 1111 Mass. Ave., N.W. | | |
| | #3: Jay Dawson (assoc.)   2. | | |
| | 1200 18th St., N.W. | | |
| ATTORNEY— | #2: Donald Chasen (assoc.) 3. | #2: Morton L. Simons (Appeal) | |
| ~~2. Milton P. Kriett, (Appeals)~~ | 1225 Conn. Ave. | 1629 K St. N.W. #301 | |
| ~~1730 K Street, N.W.~~ | #3: Carl Fogel, 461 1st. St 4.<br>N.W. | | |
| 2. Thomas R. Asher<br>1910 N Street, N.W. | #3: Herbert Suskind, 1111 Mass<br>Ave., N.W. (Retained)  #2. Donald D. Wear, Jr. Co-Co.<br>1225 Conn. Ave. | | |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1972Apr | 28 | ~~XXXXXXXXXXXX~~INDICTMENT FILED SEALED BY DIRECTION OF CHIEF JUDGE SIRICA.   (5 Counts) |
| 1972Apr | 28 | #2: Deft. committed; commitment issued. |
| | | #3: Deft. committed; commitment issued. |
| 1972Apr | 28 | EACH: Presentment made and Indictment filed in Open Court. |
| | | #1: Oral motion of Govt. for issuance of Bench Warrant heard and GRANTED.<br>Bench Warrant issued.     Executed 5-1-72; deft. committed commitment issued. |
| | | EACH: Oral motion of Govt. to seal indictment until apprehension of deft. #1, heard<br>and GRANTED.  Indictment sealed and deposited in USDC Financial Division safe. |
| | | SIRICA, C.J.   Rep: N. Sokal |
| 1972Apr | 28 | EACH: Oral motion of Govt. to unseal indictment returned earlier this date,<br>GRANTED. SIRICA, C.J. |
| 1972May | 5 | Transcript of proceedings of May 5, 1972; pages 1-6; Court's copy; Rep-J.Maher |
| May | 8 | #2: ORDER dated 5/2/72 appointing James Treanor counsel for deft. #2. filed.<br>(affi. in CR. 2344-71) BURNETT. MAG.  #85153 |
| May | 8 | #3: ORDER dated 5/4/72 appointing John J. Dwyer counsel for deft. #3. filed.<br>(affi. in CR. 2344-71) BURNETT  MAG. #142839 |
| (CONTINUED) | | |

JONES, J

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

| PARTIES | ATTORNEYS | | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES | U. S. ATTORNEY  Williams | G. J. NO. | 904-72  B |
| VS. | 1. Kenneth Mundy (Retained) 1000 16th St., NW | EACH:ORIG. | |
| 1. JOSEPH R. JACKSON (48) | 1. John H. Treanor, Jr. Presidential Bldg. Hyattsville, Md. | | CHARGE: 22 DCC 105a, 2401, 3204 |
| 2. WILLIAM L. DeLOACH, SR. (54) | 2. James Treanor 1225 Conn. Ave., N.W. | | (Conspiracy; First Degree Murder; Carrying a Dang. Weapon) |
| 3. HARRY A. JACKSON (31) | 3. ~~John J. Dwyer~~ 1200 18th St., N.W. | DATE FILED | BOND: |
| 4. STEPHEN DAVIS (22) | 4. William Kramer a/c 1111 Mass. Ave., N.W. | | 1. |
| | #3: Jay Dawson (assoc.) 1200 18th St., N.W. | | 2. |
| ATTORNEY- ~~2. Milton P. Kriell (Appeals)~~ ~~1730 K Street, N.W.~~ 2. Thomas R. Asher 1910 N Street, N.W. | #2: Donald Chasen (assoc.) 1225 Conn. Ave. #3: Carl Fogel, 461 1st St., N.W. #3: Herbert Suskind, 1111 Mass Ave., N.W. (Retained) | #2: Morton L. Simons (Appeal) 1629 K St. N.W. #301 #2: Donald D. Wear, Jr. Co-Co. 1225 Conn. Ave. | 3. 4. |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1972 Apr | 28 | ~~XXXXXXXXXXXX~~ INDICTMENT FILED SEALED BY DIRECTION OF CHIEF JUDGE SIRICA.   (5 Counts) |
| 1972 Apr | 28 | #2: Deft. committed; commitment issued. |
| | | #3: Deft. committed; commitment issued. |
| 1972 Apr | 28 | EACH: Presentment made and Indictment filed in Open Court. |
| | | #1: Oral motion of Govt. for issuance of Bench Warrant heard and GRANTED. Bench Warrant issued.   Executed 5-1-72; deft. committed; commitment issued. |
| | | EACH: Oral motion of Govt. to seal indictment until apprehension of deft. #1, heard and GRANTED.  Indictment sealed and deposited in USDC Financial Division safe. |
| | | SIRICA, C.J.   Rep: N. Sokal |
| 1972 Apr | 28 | EACH: Oral motion of Govt. to unseal indictment returned earlier this date, GRANTED. SIRICA, C.J. |
| 1972 May | 5 | Transcript of proceedings of May 5, 1972; pages 1-6; Court's copy; Rep-J.Maher |
| May | 8 | #2: ORDER dated 5/2/72 appointing James Treanor counsel for deft. #2. filed. (affi. in CR. 2344-71) BURNETT. MAG. #85153 |
| May | 8 | #3: ORDER dated 5/4/72 appointing John J. Dwyer counsel for deft. #3. filed. (affi. in CR. 2344-71) BURNETT  MAG. #142839 |
| (CONTINUED) | | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs.
1. JOSEPH R. JACKSON
2. WILLIAM L. DeLOACH, SR.
3. HARRY A. JACKSON
4. STEPHEN DAVIS

Cr. No. 904-72   Supplemental Page No. 1

| Date | Proceedings |
|---|---|
| 1972 May 5 | EACH: ARRAIGNED: Plea Not Guilty. |
| | #1: Status hearing set 5-11-72. |
| | #1,2,3,4: Status hearing set 2:00 p.m. 5-26-72. |
| | #1,2,3: Remanded to custody. |
| | #4: Personal Recognizance Bond of Cr 2344-71 to apply to this case. |
| | #1: JONES, J.  Rep: J. Maher  A. Palmer, Atty. for #1&4; J. Treanor, Atty. #2; |
| 1972 May 9 | Motion for bond pending trial; c/s. |
| 1972 May 12 | #3: ORDER dated 5/10/72 appointing John J. Dwyer counsel for deft. #3. filed. JONES, J. #150648 |
| May 12 | #3: ORDER dated 5/8/72 appointing Jay Dawson ~~eewn~~ associate counsel for deft. #3. filed. (affi. filed in CR. 2344-71.) BURNETT. MAG. #203980 |
| May 12 | #2: ORDER dated 5/8/72 appointing Donald Chasen associate counsel for deft. #2. filed. BURNETT. MAG. #203982 |
| 1972 May 11* | #1: Status Call: Oral motion for work release heard & granted; order to be presented. JONES, J   Rep-J. Maher   A. Palmer, Atty |
| 1972 May 12 | #1: ORDER for Part-time Custody with conditions. JONES, J |
| 1972 May 12 | 1: Bail Agency Report |
| 1972 May 26 | EACH: Status Hearing: continued for further status hearing set 2:00 p.m. 6-16-72. Trial date set 8-21-72. |
| | #1,2,3: Remanded to custody; #4: Personal recognizance bond. JONES, J.  Rep: J. Maher  J. Treanor, Atty. #1; J. Treanor, Atty. #2; J. Dwyer, Atty. #3; A. Palmer, Atty. #4 |
| | #1: Appearance of John H. Treanor, Jr., Presidential Bldg., Hyattsville, Md., as atty. for #1. |
| 1972 June 1 | #3: Motion for work release. C/S |
| | Motion for severance. P/A C/S |
| 1972 June 13 | #1: Praecipe entering appearance of Kenneth Mundy as retained counsel. |
| | Motion for severance. P/A  C/S |
| * | Motion for reconsideration of defts' request for bond pending trial. P/A C/S |
| | Motion for formal discovery. |
| 1972 Jun 19 | #1: Motion of deft. for reconsideration of bond, DENIED. (FIAT)  Motion for discovery, DENIED without prejudice. (FIAT) Motion for severance argued and DENIED. (FIAT) JONES, J.  Rep: G. Horning  R. K. Mundy, Atty. |
| (CONTINUED) | |
| 1972 Jun 16 | #3. Motion for work release filed 6-1-72, DENIED. JONES, J. |

# CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs.
1. JOSEPH R. JACKSON
2. WILLIAM L. DeLOACH, SR.
3. HARRY A. JACKSON
4. STEPHEN DAVIS

Cr. No. 904-72          Supplemental Page No. 2

| Date | Proceedings |
|---|---|
| 1972 June 19 | #2: Motion of deft. #2's attorney John Treanor to withdraw, GRANTED. (FIAT) JONES, J. (6-16-72)  Rep: G. Horning   J. Treanor, Atty. |
| | #3: Motion of deft. for severance argued and DENIED. (FIAT) JONES, J. |
| | #1,2,3: Remanded to custody.  #4: Personal recognizance bond. |
| 1972 June 19 | #1: Petition for Writ of Habeas Corpus Ad Test. for James R. Watson ORDERED and issued. JONES, J. |
| 1972 June 23 | #1: Writ of Habeas Corpus Ad Test to produce witness James R. Watson returned fully executed 6-20-72 by returning witness to Maryland Penit., Baltimore, Md. |
| 1972 Jun 29 | #3: Praecipe entering appearance of Carl Fogel, 461 1 St N.W. & Herbert Suskind, III Mass Ave., N.W. as retained counsel; Aff. of deft withdrawing oath of indigency at this time. |
| 1972 Jun 29 | #3: Pro se motion of deft. for bond, DENIED. (FIAT) JONES, J. (N) |
| 1972 Jul 6 | #3: Motion of deft for release on personal recognizance or for monetary bond. c/s |
| July 20 | #3: ORDER dated 7/18/72 vacating the appointment of John J. Dwyer as counsel for deft. #3. filed. BURNETT, MAG. |
| 1972 Jul 18 | #1: Motion to reconsider motion of deft. for formal discovery; c/s. |
| 1972 Jul 24 | #3: Motion of deft. for release on bond, DENIED. (FIAT) (N) JONES, J. |
| 1972 Jul 24 | #1: Motion of deft. to reconsider motion for formal discovery, DENIED. (FIAT)(N) JONES, J. |
| Aug. 10 | #4: ORDER dated 8/9/72 appointing William Kramer counsel for deft. #4. filed. (affi. on file) JONES, J. #150558 |
| 1972 Aug 9 | #4: Status Hearing: Oral motion of Allen Palmer to withdraw as counsel granted; William Kramer referred for appointment; Bond. |
| | #1: ORDER granting deft's request for a polygraph examination to be administered by Victor C. Kaufman in the Court House on 8/9/72. JONES, J.  JONES,J    Rep-G.Horning  4-Allen Palmer,Atty |
| 1972 Aug 9 | #2: Motion for issuance of Subpoena; Granted. JONES, J. |
| | #1: Motion for Discovery & Inspection. c/s |
| 1972 Aug 10 | #1: Petition for Writ of Habeaus Corpus ad test to produce witness Carl Sylvester Kelly aka James King Ordered & Issued.  JONES, J. |
| 1972 Aug 11 | #1: Petition for Writ of Habeaus Corpus Ad Testificandum (FIAT) (N) Writ issued 8-11-72 (Copies to Marshal) (For witness, Patricia Artis in Alderson, W.Va.) HART, J.  Rep-E.A. Kaufman; |
| 1972 Aug 18 | #1 et al: ORDER authorizing search for weapons.  JONES,J. |
| (CONTINUED) | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs.
1. JOSEPH R. JACKSON
2. WILLIAM L. DeLOACH, SR.
3. HARRY A. JACKSON
4. STEPHEN DAVIS

Cr. No. 904-72    Supplemental Page No. 2

| Date | | Proceedings |
|---|---|---|
| 1972 June | 19 | #2: Motion of deft. #2's attorney John Treanor to withdraw, GRANTED. (FIAT) JONES, J. (6-16-72)  Rep: G. Horning    J. Treanor, Atty. |
| | | #3: Motion of deft. for severance argued and DENIED. (FIAT) JONES, J. |
| | | #1,2,3: Remanded to custody.  #4: Personal recognizance bond. |
| 1972 June | 19 | #1: Petition for Writ of Habeas Corpus Ad Test. for James R. Watson ORDERED and issued. JONES, J. |
| 1972 June | 23 | #1: Writ of Habeas Corpus Ad Test to produce witness James R. Watson returned fully executed 6-20-72 by returning witness to Maryland Penit., Baltimore, Md. |
| 1972 Jun | 29 | #3: Praecipe entering appearance of Carl Fogel, 461 1 St N.W. & Herbert Suskind, Ill Mass Ave., N.W. as retained counsel; Aff. of deft withdrawing oath of indigency at this time. |
| 1972 Jun | 29 | #3: Pro se motion of deft. for bond, DENIED. (FIAT) JONES, J. (N) |
| 1972 Jul | 6 | #3: Motion of deft for release on personal recognizance or for monetary bond. c/s |
| July | 20 | #3: ORDER dated 7/18/72 vacating the appointment of John J. Dwyer as counsel for deft. #3. filed. BURNETT, MAG. |
| 1972 Jul | 18 | #1: Motion to reconsider motion of deft. for formal discovery; c/s. |
| 1972 Jul | 24 | #3: Motion of deft. for release on bond, DENIED. (FIAT) (N) JONES, J. |
| 1972 Jul | 24 | #1: Motion of deft. to reconsider motion for formal discovery, DENIED. (FIAT)(N) JONES, J. |
| Aug. | 10 | #4: ORDER dated 8/9/72 appointing William Kramer counsel for deft. #4. filed. (affi. on file) JONES, J. #150558 |
| 1972 Aug | 9 | #4: Status Hearing: Oral motion of Allen Palmer to withdraw as counsel granted; William Kramer referred for appointment; Bond. |
| | | #1: ORDER granting deft's request for a polygraph examination to be administered by Victor C. Kaufman in the Court House on 8/9/72. JONES, J. |
| | | JONES, J    Rep-G.Horning   4-Allen Palmer, Atty |
| 1972 Aug | 9 | #2: Motion for issuance of Subpoena; Granted.  JONES, J. |
| | | #1: Motion for Discovery & Inspection. c/s |
| 1972 Aug | 10 | #1: Petition for Writ of Habeaus Corpus ad test to produce witness Carl Sylvester Kelly aka James King Ordered & Issued.  JONES, J. |
| 1972 Aug | 11 | #1: Petition for Writ of Habeaus Corpus Ad Testificandum (FIAT) (N) Writ issued 8-11-72 (Copies to Marshal) (For witness, Patricia Artis in Alderson, W.Va.) HART, J. Rep-E.A. Kaufman; |
| 1972 Aug | 18 | #1 et al: ORDER authorizing search for weapons.    JONES, J. |
| (CONTINUED) | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs.
1. Joseph R. Jackson
2. William L. DeLoach, Sr.
3. ~~Harry A. Jackson~~
4. Stephen Davis

Cr. No. 904-72 ~~8-21-72-~~    Supplemental Page No. 3

| DATE | | PROCEEDINGS |
|---|---|---|
| 1972 Aug | 21 | Case called for trial. |
| | | #1: Defts. oral motion to dismiss indictment, GRANTED; Deft. released; release issued. |
| | | #4: Defts. oral motion to dismiss indictment, GRANTED; Deft. discharged. |
| | | #2,3: Defts. oral motion to dismiss Count 1 (Conspiracy), GRANTED. |
| | | Jury and 4 alts. sworn; respited to 8-22-72.  EACH: Remanded. |
| | | JONES, J.    Rep: P. Harper    R. K. Mundy, Atty. #1; J. Treanor, Atty. #2; |
| | | C. Fogel, Atty. #3; W. Kramer, Atty. #4 |
| 1972 Aug | 22 | #2,3: Trial resumes; juror #3 excused; alt. juror #1 takes seat #3 & alt. jurors 2,3, |
| | | 4 assume alt. juror seats 1,2,3; juror #3 excused; alt. juror #1 assumes seat #3; |
| | | alt. jurors #2,#3 assume alt. jurors seats #1,#2; respited to 8/23/72; remanded. |
| | | JONES, J    Rep-P.Harper    2-J.Treanor,Atty    3-C.Fogel,Atty |
| 1972 Aug | 23 | #1: Summary and memorandum of Jackson's position in support of request that dismissal |
| | | of the charges be with prejudice; c/s. |
| 1972 Aug | 23 | #2&3: Trial resumes; respited to 8-24-72; #2,#3-Remanded. |
| | | Order for medical examination of Stephen Davis:#4.    JONES, J.    Rep-P.Harper; |
| | | Report of Richard N. Katon, M.D. on examination of Stephen Davis - Filed. |
| | | JONES, J.    Rep-P.Harper; J.Treanor; Atty #2, Carl Fogel; Atty #3. |
| 1972 Aug | 24 | #2,3: Trial resumes; respited to 8-28-72. EACH: Remanded.    JONES, J.    Rep-P.Harper; |
| | | J.Treanor; Atty #2, H.A.Jackson; Atty #3. |
| 1972 Aug | 28 | #2,3: Trial resumes; respited to 8-29-72; remanded. |
| | | JONES, J.    Rep: P. Harper    J. Treanor, Atty. #2; C. Fogel, Atty. #3 |
| 1972 Aug | 29 | #2,3: Trial resumes; respited to 8-30-72; Remanded. |
| | | Governments proposed instruction with respect to Davis testimony - filed. |
| | | Deft. #2 Witness: Abdullah Nasiriddin.    JONES, J.    Rep-P.Harper    James Treanor; Atty #2 |
| | | Carl Fogel; Atty #3. |
| 1972 Aug | 29 | #2,3: Trial resumes; Alt. Jurors dismissed; Respited to 8-31-72. EACH: Remanded. |
| | | Stipulation of Counsel Re: Jury number - filed. |
| | | Order releasing Mr. Stephen Davis from Protective Custody   (N) JONES, J. |
| | | James Treanor; Atty #2, Carl Fogel; Atty #3. |
| 1972 Aug | 31 | 2&3: Jury Resumes Deliberation; VERDICT: #2: GUILTY of Lesser included offense |
| | | Ct.1 (Murder II); GUILTY Ct.3 (ADW).  #3: NOT GUILTY AS CHARGED; Jury polled & Dismissed; |
| | | Deft. #2, Remanded; Deft. #3, Released; Release issued. (Remanded in other) |
| | | Stipulation of counsel filed.  Retyped indictment filed.  Verdict from filed. |
| | | JONES, J.    Rep-P.Harper; James Treanor; Atty #2, Carl Fogel; Atty #3. |
| 1972 Sept | 7 | Pro se motion of deft for new trial, etc. DENIED without prejudice to any motion filed |
| | | by counsel (FIAT-JONES,J.) (N)                                (CONTINUED) |

*(see page 4)

## CRIMINAL DOCKET
### United States District Court for the District of Columbia

United States vs.
1. JOSEPH R. JACKSON
2. WILLIAM L. DeLOACH, SR.
3. HARRY A. JACKSON
4. STEPHEN DAVIS

Cr. No. 904-72     Supplemental Page No. 4

| Date | | Proceedings |
|---|---|---|
| 1972 Sep | 28 | Writ of H.C. ad test to produce Patricia Artis, witness, returned fully executed by returning witness to Alderson, West Virginia on 9-6-72. |
| 1973 Jan | 19 | #2: Calendar Call; sentencing continued to 1-26-73. JONES, J.   Rep: J. Maher |
| 1973 Jan | 26 | #2: SENTENCE: Count 2, 15 years-45 years; Count 3, 15 years-45 years; Count 4 (CDW), 1 year; concurrent by the count; consecutive to any sentence now being served; remanded. JONES,J  Rep-Maher   James Treanor,Atty |
| 1973 Jan | 31 | #2: Notice of appeal from sentence of Jan. 26, 1973. |
| 1973 Feb. | 2 | #2: Copy of docket entries sent to USCA, US Atty, Copies of notice of appeal sent to USCA, US Atty, Atty, and deft. |
| 1973 Feb | 7 | #2: Order authorizing transcript of trial of August 21,22,23,24,28,29 and 31, including closing arguments. JONES,J. #95758.(HARPER) Refer appointment of counsel to USCA. |
| 1973 Feb | 21 | #2: Certified copy of order USCA dated 2-21-73 appointing Milton P. Kriell, and directing clerk of the District Court to transmit the record as promtply after the filing of transcripts as the business of office permits. |
| 1973 Feb | 22 | #2: MOTION of deft. for bond pending appeal, denied. (FIAT) (N) JONES, J. |
| 1973 Feb | 26 | #2: BLOTTER ENTRY OF 8-31-72 CORRECTED TO READ: GUILTY OF Lesser Included Offense Count 2 (Murder II); GUILTY of Lesser Included Offense Count 3 (Murder II); GUILTY of Count 4 (Carrying a Dangerous Weapon). JONES, J. |
| 1973 Feb | 28 | ENTRY AS OF AUGUST 21, 1972: #1 et al: Motion of Govt to compel testimony of Stephen Davis, filed   ORDER compelling Stephen Davis to Testify.  JONES,J #2: Pro Se Motion deft #2 challenging Jury Selection System-DENIED(FIAT) JONES,J |
| 1973 Mar | 2 | #2: RECORD ON APPEAL delivered to USCA;  Receipt acknowledged. |
| 1973 Mar | 12 | #2: CERTIFIED COPY OF ORDER USCA dated 3-8-73 vacating appointment of Milton P. Kroll and appointing Thomas R. Asher . |
| (CONTINUED) | | |
| | | (CONTINUED) |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs.
1. JOSEPH R. JACKSON
2. WILLIAM L. DeLOACH, SR.
3. HARRY A. JACKSON
4. STEPHEN DAVIS

Cr. No. 904-72   Supplemental Page No. 5

| DATE | | PROCEEDINGS |
|---|---|---|
| 1973 Apr | 3 | #2 & 3: TRANSCRIPT of proceedings of 8-21-72; pages 1-111, Vol.I; Court's copy; Rep- P.Harper |
| | | #2 & 3: TRANSCRIPT of proceedings of 8-22-72; pages 112-307, Vol.II; Court's copy; Rep-P.Harper |
| | | #2 & 3: TRANSCRIPT of proceedings of 8-23-72 & 8-24-72; pages 308-485, Vol.III; Court's copy; Rep-P.Harper |
| | | #2 & 3: TRANSCRIPT of proceedings of 8-28-72; pages 486-605, Vol IV; Court's copy; Rep-P.Harper |
| | | #2 & 3: TRANSCRIPT of proceedings of 8-29-72; pages 606-809, Vol V; Court's copy; Rep-P.Harper |
| | | #2 & 3: TRANSCRIPT of proceedings of 8-30-72 & 8-31-72; pages 810-1004, Vol.VI; Court's copy; Rep- P.Harper |
| 1973 Apr | 5 | #2: SUPPLEMENTAL RECORD ON APPEAL delivered to USCA; receipt acknowledged. |
| 1973 Apr | 6 | #2: TRANSCRIPT OF PROCEEDINGS of Jan. 26, 1973, pages 1-3.  Rep: J. Maher; Clerk's copy. |
| 1973 Apr | 10 | #2: SUPPLEMENTAL RECORD ON APPEAL delivered to USCA; receipt acknowledged. |
| 1973 Apr | 23 | #2: PRO SE MOTION for notice of appeal, Denied, Deft. has counsel. JONES,J. |
| 1973 Oct | 4 | #2: ORDER returning CJA 20 application for excess compensation to Judge Jones for further consideration. BAZELON, C.J.   (USCA) |
| 1974 Mar | 26 | #2: CERTIFIED copy of Judgment USCA dated 3-1-74 REVERSING the Judgment of the District Court.; OPINION filed. |
| 1974 Apr | 1 | #2:RECORD returned 4-1-74 from USCA; receipt acknowledged. |
| 1974 Apr | 11 | #2: Status Hearing; trial set for 7/29/74 at 9:30 A.M.; oral motion of defendant for Bond denied without prejudice; remanded. JONES, J.    Rep-G. Horning    James Treanor, Atty |

(CONTINUED)

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

#1: JOSEPH R. JACKSON   #3: HARRY A JACKSON
United States vs. #2: WILLIAM L. DELOACH, SR. #4: STEPHEN DAVIS   Cr. No. 904-72   Supplemental Page No. 6

| DATE | PROCEEDINGS |
|---|---|
| 1974 May 24 | #2: ORDER dated 5-20-74 APPOINTING James A. Treanor nunc pro tunc 4-11-74 US MAG BURNETT   Affidavit taken orally.   #285023 |
| 1974 Jul 26 | DEMAND of Government for Notice of intention of defendant to raise alibi defense. C/S. |
| 31 | #2: RESPONSE to demand for notice of intention of defendant to raise alibi defense. C/S. |
| Aug 5 | #2: RETYPED indictment filed charging 2 counts of 2nd degree murder; 1 count CDW. Jury and 4 alternates sworn; respited until 8-6-74 at 10:00 A.M., remanded. Appearance of Donald Davis Wear, Jr. as co-counsel for the defendant. JONES, J.   Rep. G. Horning   James Treanor, Donald Wear, Jr., Attys. |
| Aug 6 | #2: TRIAL resumes, same jury and 4 alternates. Respited until 8/7/74 at 9:30 A.M. REMANDED.   JONES, J.   Rep. G. Horning   James Treanor & Donald Wear- Attys. |
| Aug 7 | #2: TRIAL resumes, same jury and 4 alternates; respited until 8-8-74 at 9:30 A.M. Remanded.   JONES, J. Rep. G. Horning   James Treanor, Donald Wear, Jr., Attys. |
| Aug 8 | #2: TRIAL RESUMES: Same Jury & 4 alternates; respited until 8-9-74 at 2 P.M.; remanded.   JONES, J   Rep-G.Horning   J.Treanor & D.Wear,Attys |
| Aug 9 | #2: TRIAL RESUMES: Same Jury & 4 alternates; respited until 8-12-74 at 9:30 a.m.; remanded.   JONES,J   Rep-G.Horning   J.Treanor,Atty |
| Aug 12 | #2: TRIAL RESUMES: Same jury and 4 alternates; juror #8 excused; alternate #1 takes seat of juror #8; alternates discharged; jury begins deliberations; respited until 8/13/74 at 9:30 AM; Remanded. JONES, J.   Rep-Gloria Horning   James Treanor, Atty Notes (3) from jury. |
| Aug 13 | #2: JURY RESUMES Deliberations; Jury unable to reach a verdict; Jury discharged. Trial set for 10/29/74 at 9:30 AM; Remanded. Note (1) from Jury. JONES, J.   Rep-Gloria Horning   James Treanor, Atty |
| CONTINUED | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. JOSEPH R. JACKSON, ET AL          Cr. No. 904-72          Supplemental Page No. 7

| DATE | | PROCEEDINGS | |
|---|---|---|---|
| 1974 | | | |
| Aug | 19 | #4: ORDER dated 8/15/74 appointing William W. Kramer as counsel for material witness Stephen Davis in the trial of William L. Deloach, nunc pro tunc 7/15/74.  JONES, J. #206609 | |
| Aug | 27 | #2: ORDER authorizing transcript of trial proceedings of 8/5/74 - 8/13/74 - need for retrial.    JONES, J.                                      #25169 | |
| Sep | 10 | #2:TRANSCRIPT OF PROCEEDINGS of Aug.5 & 6, 1974; Pages 1-46, 47-217; Rep-Horning<br>Aug. 7, 1974; Pages 218-395;Rep-Horning<br>Aug. 8, 1974; Pages 396-650; Rep-Horning | |
| Oct. | 29 | #2:  JURY and Four alternates sworn; trial begun, respited to 10-30-74, rem.<br>Rep. G. Horning    James Treanor, Atty.                    JONES, J. | |
| Oct. | 30 | #2:   TRIAL resumed:  S me jury and 4 alternates; respited until 10-31-74; remanded.<br>Rep. G. Horning    James Treanor, Atty.                    JONES, J | |
| Oct. | 31 | #2:  TRIAL resumed, same jury and 4 alternates; respited until 11-1-74; remanded.<br>Rep. G. Horning    James Treanor, Atty.                    JONES, J. | |
| Nov. | 4 | 2:  TRIAL resumes, same jury and 4 alternates; alternates exeused; jury begins deliberation; respited until 11-5-74, remanded.<br>Request of Government for reconsideration of aiding and abetting instruction.<br>Rep. J. Blair      . James Treanor, Atty.               JONES, J. | |
| Nov. | 1 | #2:  TRIAL resumes, same jury and 4 alternates; respited until 11-4-74, remanded.<br>Rep. G. Horning      James Treanor, Atty.                    JONES, J. | |
| Nov. | 4 | #2: TRANSCRIPT OF PROCEEDINGS of 8-9-74 pages 1-30. Rep. G. Horning. | |
| Nov. | 5 | #2: TRIAL:  Jury resumes deliberation; verdict: Count 1, GUILTY (2nd degree murder) Court 2, GUKLTY (2nd degree murder)  Count 3, Guilty (CDW) Jury polled and discharged; defendant referred up-dated presentence report; remanded.<br>Rep. G. Horning    James Treanor, Atty.                    JONES, J. | |
| Nov. | 5 | Note from Jury (1) | |

## CRIMINAL DOCKET
### United States District Court for the District of Columbia

United States vs. JOSEPH R. JACKSON, ET AL    Cr. No. 904-72    Supplemental Page No. 8

| Date | | Proceedings |
|---|---|---|
| 1974 Nov | 6 | #2: ORDER of 11-1-74 authorizing transcript of excerpt from trial that resulted in a hung jury.   Rep. G. Horning   JONES, J. #49375 |
| Nov. | 22 | ORDER appointing William W. Kramer dated 11-18-74 representing Stephen Davis, a material witness in the third trial of Defendant #2.   JONES, J. #206632 |
| Dec | 19 | #2: NOTICE of Appeal from sentence of 12-19-74. |
| Dec | 19 | #2: SENTENCED: Fifteen (15) to forty-five (45) years on each of counts 1 and 2 of the retyped indictment; said sentence to run concurrently by the counts but consecutively to any sentence heretofore imposed and not yet served, remanded.   Rep. G. Horning   JONES, J. |
| Dec | 19 | #2: JUDGMENT AND COMMITMENT.   JONES, J |
| Dec | 27 | #2: Copy of MEMORANDUM of National Legal Aid and Defender Association Amicus Curiae for leave to file memorandum out of time; Exhibit. |
| Dec | 31 | #2: MOTION for extension of time within which to file memorandum amicus curiae - Granted - BAZELON, C. J. (USCA) |
| Dec | 31 | #2: MOTION to extend time for filing amicus curiae memorandum on behalf of the Bar Association of the District of Columbia. C/S-GRANTED- BAZELON, C.J. (USCA) |
| 1975 Jan | 2 | #2: AMICUS CURIAE BRIEF by attorney James A. Treanor, III. |
| Jan | 6 | #2: ORDER authorizing transcript of trial beginning 10-29-74, dated 12-20-74.   JONES, J. #142050 |
| Jan | 6 | #2: ORDER dated 12-20-74 authorizing transcript of trial beginning 10-29-74, instructions to jury on 11-4-74.   JONES, J.   #142298 |
| Jan | 6 | #2: COPY of Docket entries to U.S.C.A. and U. S. Attorney. Copies of notice of appeal sent to U.S.C.A., U. S. Attorney, Attorney and defendant. |
| CONTINUED | | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. JOSEPH R. JACKSON, ET AL          Cr. No. 904-72          Supplemental Page No. 9

| Date | | Proceedings |
|---|---|---|
| 1975 Jan | 10 | #2: Record delivered to U.S.C.A., Acknowlegment of recipt. (USCA # 75-1026) |
| Jan | 10 | #2: COPY of Order USCA Granting Motion of National Legal Aid and Defender Association for leave to file memorandum. Copy of memorandum of National Legal Aid and Defender Association amicus curiae. |
| Jan | 14 | ORDER USCA extending time for filing an amicus curiae memorandum by the Public Defender Service by counsel for Albert Raymond (#800-71) to and including 1-27-75.<br>BAZELON, C. J. (USCA) |
| Jan | 20 | #2: MOTION of District of Columbia Bar for an extension of 7 days in which to file memorandum amicus curiae. |
| Jan | 22 | #2: COPY of motion for extension of time within which to file memorandum amicus curiae, of the District of Columbia Bar - Granted.<br>Acting Chief Judge WRIGHT (USCA) |
| Jan | 22 | #2: COPY of motion to extend time for filing amicus curiae memorandum on behalf of the Bar Association of the District of Columbia - Granted.<br>Acting Chief Judge WRIGHT (USCA) |
| Jan | 27 | #2: COPY of memorandum of the District of Columbia Bar amicus curiae. |
| Jan | 29 | #2: CERTIFIED copy Order U.S.C.A., appointing Morton L. Simons. |
| Jan | 29 | #2: TRANSCRIPT of proceedings of 10-29-74 pgs 1-73; 10-30-74 pgs 74-228; 10-31-74 pgs 229-382 and 11-1-74 pgs 383-490/500-A. G. Horning, Rep. |
| Jan | 30 | #2: SUPPLEMENTAL record on appeal delivered to U.S.C.A., receipt acknowledged. #75-1026. |
| Feb | 21 | #2: ORDER authorizing transcript of 11-4-74 and 11-5-74. JONES, J. #48990 |
| Feb | 20 | #2: TRANSCRIPT of proceedings of 11-4-74, pages 1-28. Rep. J. Blair. |
| Feb | 21 | #2: SUPPLEMENTAL record on appeal delivered to U.S.C.A., receipt acknowledged. #75-1026. |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. JOSEPH R. JACKSON, ET AL     Cr. No. 904-72     Supplemental Page No. 10

| Date | | Proceedings |
|---|---|---|
| 1975 Feb | 27 | #2: LETTER dated 2-24-75 from Public Defender Service to Mr. Kline, USCA, in re: excess compensation. Attachment (1) (Filed in Cr. 2006-68) |
| Feb | 27 | #2: COPY of memorandum of the Bar Association of the District of Columbia as amicus curiae. (Original filed in Cr. 2006-68) |
| Feb | 27 | #2: TRANSCRIPT of Proceedings of 11-5-74 pages 1-4. Rep. G. Horning. |
| Feb | 28 | #2: SUPPLEMENTAL record on appeal delivered to U.S.A.A., receipt acknowledged. U.S.C.A. #74-1026. |
| Mar | 17 | #2: TRANSCRIPT of Proceedings of 11-4-75 pages 1-82. Rep. J. Blair |
| Mar | 20 | #2: SUPPLEMENTAL record on appeal delivered to USCA; receipt acknowledged. (USCA No.74-1026) |
| Apr | 21 | #2: PRO SE MOTION of deft to restrain prison authorities from transferring the deft to Atlanta Georgia filed and denied (fiat). (signed 4-18-75) JONES, J. |
| May | 19 | #2: TRANSCRIPT of Proceedings of Dec. 19, 1974; Pages 1-6; Rep-G. Horning |
| May | 21 | #2: SUPPLEMENTAL record on appeal delivered to USCA; |
| Aug | 13 | #2: TRANSMITTAL letter dated 8-12-75 from U.S.C.A. re: excess compensation - voucher approved by Chief Judge Bazelon in the amount of $1,530.00 and $480.00 approved by Acting Chief Judge Wright. |
| 1976 Feb | 10 | #2: CERTIFIED copy Order entered USCA dated 2/9/76 denying petition for rehearing. |
| Feb | 10 | #2: CERTIFIED copy Order entered USCA dated 2/9/76 denying suggestion for rehearing en banc. |
| Feb | 17 | #2: CERTIFIED copy Judgment entered USCA dated 12-30-75, Affirming the Judgment of the District Court. |
| 1978 Apr | 25 | #2: MEMORANDUM and Order denying Deft's motion to set aside or correct sentence, pursuant to Title 28 U.S.C. 2255. (N) (See over) |

CRIMINAL DOCKET

United States District Court for the District of Columbia

United States vs. JOSEPH R. JACKSON, ET AL    Cr. No. 904-72    Supplemental Page No. 11

| Date | | Proceedings |
|---|---|---|
| 1976 Mar 19 | | TRANSMITTAL sheet with original record from the District Court with 11 vilumes of transcripts. Five original supplemental record containing the Dist. Court's file copy of the reporter's transcript of proceedings, or portions thereof 4 with one volume of transcripts in each, and one with 4 volumes of transcripts. |
| 1978 Feb 14 | #2: | MOTION, pro se, to vacate, set aside or correct sentence pursuant to Title 28 USC 2255. Affidavit; attachment (1)  C/S |
| Apr 25 | #2: | MEMORANDUM and Order denying Deft's. motion to set aside or correct sentence, pursuant to Title 28 U.S.C. 2255. (Signed 4-24-78)    JONES, J. |